IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FORD ROBINSON PARTNERSHIP,<br><br>              Plaintiff,<br><br>vs.<br><br>WELLS FARGO CLEARING SERVICES, LLC; HOLLIS LORENZO MAXFIELD; ALPHA E ANGEL, LLC; MIKE BARBEE; MIKE BARBEE d/b/a FIRST MUTUAL FUNDING; GERALD LEWIS; and 4 HORSEMEN, LLC,<br><br>              Defendants. | 8:18CV9<br><br>ORDER TO SHOW CAUSE |

On January 12, 2018, defendant Wells Fargo Clearing Services, LLC ("Wells Fargo") filed a Motion to Dismiss or, in the Alternative, to Transfer Venue (Filing No. 6). Wells Fargo argued (1) plaintiff Ford Robinson Partnership ("Ford Robinson") failed to state a claim upon which relief can be granted, (2) the Court lacked personal jurisdiction over Wells Fargo, and, in the alternative, (3) the Court should transfer venue to the United States District Court for the Northern District of Texas. *See* Fed. R. Civ. P. 12(b)(2) and (6); 28 U.S.C. § 1404(a).

Ford Robinson has not filed any brief in opposition to the Motion, and the deadline for doing so has long since expired.[1] Accordingly, Ford Robinson shall have until February 23, 2018, to show cause why the Motion (Filing No. 6) should not be granted and the case dismissed or transferred.

IT IS SO ORDERED.

Dated this 15th day of February, 2018.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge

---

[1] Additionally, Ford Robinson has failed to file the required Corporate Disclosure Statement. *See* Fed. R. Civ. P. 7.1.