IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FORD ROBINSON PARTNERSHIP, a Nebraska Partnership;<br><br>Plaintiff,<br><br>vs.<br><br>HOLLIS LORENZO MAXFIELD, et al.,<br><br>Defendants. | **8:18CV9**<br><br>**FINDINGS AND RECOMMENDATION** |

Based on the court's record, Plaintiff Ford Robinson Partnership filed its complaint against Hollis Lorenzo Maxfield, Alpha E Angel LLC, Mike Barbee, Mike Barbee d/b/a First Mutual Funding, Gerald Lewis, and Wells Fargo Advisors on January 6, 2017 (Filing No. 1 ¶ 1). On July 7, 2017, Plaintiff amended its complaint adding claims against 4 Horsemen LLC. (Id). Defendant Wells Fargo—who was the only defendant who has been properly served—was dismissed, and Plaintiff has not filed its second amended complaint as directed. (See Filing No. 18).

The court entered an order on June 4, 2018 requiring Plaintiff to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution, and warned that absent a timely response, this case may be dismissed without further notice. (Filing No. 19). The deadline for responding to the show cause order was July 5, 2018. No response was filed.

Accordingly,

IT IS RECOMMENDED to the Honorable Robert F. Rossiter, Jr., United States District Judge, pursuant to 28 U.S.C. § 636(b), that the complaint be dismissed for failure of service and want of prosecution.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

July 25, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge