IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| FORD ROBINSON PARTNERSHIP, | |
|---|---|
| Plaintiff, | 8:18CV9 |
| v. | ORDER |
| HOLLIS LORENZO MAXFIELD; ALPHA E ANGEL, LLC; MIKE BARBEE; GERALD LEWIS; and 4 HORSEMEN, LLC, | |
| Defendants. | |

This matter is before the Court on the Findings and Recommendation (Filing No. 20) of the magistrate judge[1] recommending the Court dismiss this case for failure of service and want of prosecution. *See* Fed. R. Civ. P. 4(m) and 41(b). Plaintiff Ford Robinson Partnership has not objected or otherwise responded.

Under 28 U.S.C. § 636(b)(1), the Court must "make a de novo review of . . . specified proposed findings or recommendations to which objection is made," but only when such an objection is made. *See Peretz v. United States*, 501 U.S. 923, 939 (1991). Failing to timely object, "eliminates not only the need for de novo review, but *any* review by the district court." *Leonard v. Dorsey & Whitney LLP*, 553 F.3d 609, 619-20 (8th Cir. 2009) (discussing *Thomas v. Arn*, 474 U.S. 140, 149-50 (1985); *see also* Fed. R. Crim. P. 59 (a), (b)(2) (stating that failing to timely object waives the right to review of both nondispositive and dispositive matters); NECrimR 59.2(a), (e).

---

[1] The Honorable Cheryl R. Zwart, United States Magistrate Judge for the District of Nebraska.

Accordingly, the Court dismisses this case for failure of service and want of prosecution.

IT IS SO ORDERED.

Dated this 13th day of August, 2018.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge